# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel Cuen, et al., | No. CV-15-00512-TUC-RCC |
| Plaintiffs, | **ORDER** |
| v. | |
| United States of America, et al., | |
| Defendants. | |

Pending before the Court is a stipulation of dismissal. Doc. 72. Good cause appearing;

**IT IS HEREBY ORDERED** that the stipulation is granted and this case is dismissed with prejudice. Each party shall bear their own attorneys' fees and costs. The Clerk of Court is directed to close the case.

Dated this 22nd day of May, 2018.

Honorable Raner C. Collins
Chief United States District Judge